419 A.2d 184

Commonwealth v. Harold Smith, Appellant.

Submitted December 8, 1978. Mark I. Bernstein, for appellant, Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

419 A.2d 184

Commonwealth v. Kim Smith, Appellant.

Argued April 11, 1979. Charles Skomski, for appellant; Patrick H. Mahady, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J. concurred in the result.

WIEAND, J. filed a concurring statement.